| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | |
| 5 | TAREK J. HELOU (CABN 218225)<br>Assistant United States Attorney |
| 6 | 450 Golden Gate Ave., Box 36055<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-7200<br>Fax: (415) 436-7234 |
| 8 | E-Mail: Tarek.J.Helou@usdoj.gov |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-346 VRW |
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] ORDER EXCLUDING TIME FROM APRIL 16, 2009 THROUGH July 2, 2009 |
| ISAUL REYES DELGADO,<br>  a/k/a SAUL,<br>MANUEL FRANCO RAMOS,<br>CARLA JO BRUMLEY,<br>ALBINO GUERRERO ALVAREZ, and<br>PEDRO BRAVO-MAGDALENO,<br>  a/k/a PEDRO MAGDALENO-BRAVO, | ) | |
| Defendants. | ) | |

The defendants, ISAUL REYES DELGADO, MANUEL FRANCO RAMOS, CARLA JO BRUMLEY, ALBINO GUERRERO ALVAREZ, and PEDRO BRAVO-MAGDALENO, represented by their attorneys, and the government, represented by Tarek J. Helou, appeared before the Court on April 16, 2009 for the parties' initial status conference in district court.

/ /

1  Defense counsel stated that they would file motions for discovery and bills of particulars, and
2  needed time to prepare those filings.
3      The matter was continued to July 2, 2009 at 2:00 p.m. for a hearing on the defendants'
4  motions for discovery and bills of particulars. Counsel for all defendants requested that time be
5  excluded under the Speedy Trial Act from April 16, 2009 through July 2, 2009 because they
6  needed that time to prepare their briefs and prepare for the hearing on their motions. The
7  government stated it had no objection to excluding time.
8      Based upon the representation of counsel and for good cause shown, the Court finds that
9  failing to exclude the time from April 16, 2009 through July 2, 2009 would unreasonably deny
10 the defendants the reasonable time necessary for effective preparation of their counsel, taking
11 into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further
12 finds that the ends of justice served by excluding the time from April 16, 2009 through July 2,
13 2009 from computation under the Speedy Trial Act outweigh the best interests of the public and
14 the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time from April
15 16, 2009 through July 2, 2009 shall be excluded from computation under the Speedy Trial Act.
16 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

19 DATED: __April 28, 2009_____



THE _____
United _____
IT IS SO ORDERED
Judge Vaughn R Walker

[PROPOSED] ORDER EXCLUDING TIME
Case No. CR 09-346 VRW     -2-